Conny F. THOMAS, Movant, v. Nettie E. THOMAS, Opposed.

Court of Appeals of Kentucky.

June 8, 1943.

Johnson & Feather and C. R. Luker for movant.

M. A. Gray opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

STEWART v. CITY OF CORBIN et al.

Court of Appeals of Kentucky.

June 11, 1943.

Zeb A. Stewart for movant.

M. A. Gray opposed.

PER CURIAM.

Appeal denied; judgment affirmed.